# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LYDIA CLEMMONS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 10-911 (RC) (AK) |
| ) | Judge Rudolph Contreras |
| ACADEMY FOR EDUCATIONAL ) | |
| DEVELOPMENT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION

In light of this Court's August 6, 2013 Order that all discovery in this matter be completed by October 13, 2013, Plaintiff Lydia Clemmons, through undersigned counsel, notices her withdrawal of her August 6, 2013 Motion to Modify the Scheduling Order and Extend Time for Discovery.

Respectfully submitted,

/s/ David Wachtel
David Wachtel, D.C. Bar # 427890
Peter M. Whelan, D.C. Bar # 992346
Bernabei & Wachtel, PLLC
1775 T Street, N.W.
Washington, D.C. 20009-7124
(202) 745-1942

*Attorneys for Plaintiff Lydia Clemmons*

Dated: August 19, 2013

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of August, 2013, a copy of the foregoing Plaintiff's Notice of Withdrawal of Motion was served via this Court's electronic filing system, upon counsel for Defendants:

Deborah J. Israel
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
1200 19th Street, N.W., Fifth Floor
Washington, D.C. 20036
disrael@wcsr.com

Johnny M. Loper
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
150 Fayetteville Street, Suite 2100
Raleigh, North Carolina 27601
jloper@wcsr.com

Jesse A. Schaefer
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
150 Fayetteville Street, Suite 2100
Raleigh, North Carolina 27601
jschaefer@wcsr.com

*Attorneys for Defendants Family Health International d/b/a FHI 360, FHI Development 360 LLC, and FHI Solutions LLC*

Kara M. Maciel, Esq.
Epstein Becker & Green P.C.
1227 25th Street N.W.
Washington, DC 20037
kmaciel@ebglaw.com

Jordan B. Schwartz, Esq.
Epstein Becker & Green P.C.
1227 25th Street N.W.
Washington, DC 20037
jschwartz@ebglaw.com

*Attorneys for Defendant Academy for Educational Development, Inc.*

/s/  Peter Whelan
_____
Peter Whelan