# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LYDIA CLEMMONS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 10-911 (RC) (AK) |
| ) | Judge Rudolph Contreras |
| ACADEMY FOR EDUCATIONAL ) | |
| DEVELOPMENT, et al. ) | |
| ) | |
| Defendant. ) | |

## STATUS REPORT

Pursuant to this Court's August 20, 2013 Order, the parties have conferred and determined that mediation is not likely to be useful at this time.

Respectfully submitted,

/s/ David Wachtel
David Wachtel, D.C. Bar # 427890
Peter M. Whelan, D.C. Bar # 992346
Bernabei & Wachtel, PLLC
1775 T Street, N.W.
Washington, D.C. 20009-7124
(202) 745-1942

*Attorneys for Plaintiff Lydia Clemmons*

Dated:  August 27, 2013

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of August, 2013, a copy of the foregoing Status Report was served via this Court's electronic filing system, upon counsel for Defendants:

Deborah J. Israel
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
1200 19th Street, N.W., Fifth Floor
Washington, D.C. 20036
disrael@wcsr.com

Johnny M. Loper
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
150 Fayetteville Street, Suite 2100
Raleigh, North Carolina 27601
jloper@wcsr.com

Jesse A. Schaefer
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
150 Fayetteville Street, Suite 2100
Raleigh, North Carolina 27601
jschaefer@wcsr.com

*Attorneys for Defendants Family Health International d/b/a FHI 360, FHI Development 360 LLC, and FHI Solutions LLC*

Kara M. Maciel, Esq.
Epstein Becker & Green P.C.
1227 25th Street N.W.
Washington, DC 20037
kmaciel@ebglaw.com

Jordan B. Schwartz, Esq.
Epstein Becker & Green P.C.
1227 25th Street N.W.
Washington, DC 20037
jschwartz@ebglaw.com

*Attorneys for Defendant Academy for Educational Development, Inc.*

/s/  *Peter Whelan*
_____
Peter Whelan